# CLOSED

**CASE #**    3:04CV1276-K

**DATE**    6 / 7 / 05

**TRIAL**    YES ___    NO ✓

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 7 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANN M. ARRAMBIDEZ, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:04-CV-1276-K |
| | § | |
| BOEING-IRVING, CO., | § | |
| Defendant | § | |

## ORDER OF ADMINISTRATIVE CLOSURE

The Court has been notified that this case has settled. The parties are therefore directed to file the necessary dismissal papers (a stipulation of dismissal and an agreed order) with the Clerk's Office within **30 days from the date of this order**. There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed June ___, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE